UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY STEWART,

    Plaintiff,

v.   Case No: 2:14-cv-545-FtM-38CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Commissioner of Social Security, Carolyn W. Colvin's Motion for Entry of Judgment with Remand (Doc. #23) filed on April 20, 2015. The Motion for Remand is unopposed. In view of the Commissioner's position, the Motion for Remand is granted. The case is remanded pursuant to sentence four (4) of 42 U.S.C. § 405(g) and § 1383(c)(3) to the Commissioner of Social Security for further action as delineated below.

Accordingly, it is now

**ORDERED:**

The Commissioner of Social Security, Carolyn W. Colvin's Motion for Entry of Judgment with Remand (Doc. #23) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

1. The case is **REMANDED** to the Commissioner of Social Security.

2. Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to provide Plaintiff with an opportunity to submit additional evidence, to further evaluate the medical opinion evidence and to reassess Plaintiff's residual functional capacity (RFC). The ALJ will give Plaintiff the opportunity for a hearing and obtain supplemental evidence from a vocational expert to clarify the assessed limitations on the occupational base, as needed, and take any other action deemed necessary.

3. The Clerk of the Court is directed to enter judgment accordingly, terminate all pending motions, and close the file.

   **DONE** and **ORDERED** in Fort Myers, Florida this 21st day of April, 2015.

   *Sheri Polster Chappell*
   SHERI POLSTER CHAPPELL
   UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record